UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADAM OF THE LIBONATI FAMILY
NAME,

      Plaintiff,

v.

COURTNEY ANN LENHART, DAVID     Case No.: 2:25-cv-00424-JLB-NPM
VINCENT WARD, JEROME
KASZUBOWSKI, and DEREK S.
CHRISTIAN,

      Defendants.

_____/

## ORDER

Before the Court is pro se Plaintiff Adam of the Libonati Family Name's Complaint (Doc. 1) and Motion for Preliminary Injunction (Doc. 3). Plaintiff's Motion for Preliminary Injunction does not contain specific facts supported by a verified complaint, affidavit, or other evidence demonstrating an entitlement to relief; a precise and verified explanation of the amount and form of the required security; or a proposed order. *See* M.D. Fla. Loc. R. 6.01(a), 6.02(a)(1); Fed. R. Civ. P. 65(c). Additionally, Plaintiff does not appear to have provided notice of the Motion for Preliminary Injunction (Doc. 3) to Defendants. *See* Fed. R. Civ. P. 65(a)(1). Plaintiff's Motion for Preliminary Injunction (Doc. 3) is therefore **DENIED without prejudice**.

As another matter, Plaintiff (who is not in custody) has yet to pay the filing fee

1

or move to proceed without prepayment of costs. *See* 28 U.S.C. § 1915 (allowing a litigant to commence a civil action without prepayment of the filing fee if the litigant submits an affidavit showing they are unable to pay). This action is therefore **DISMISSED without prejudice**. *See* 28 U.S.C. § 1914(c) ("Each district court by rule or standing order may require advance payment of fees."); Local Rule 1.05(c) ("The clerk must accept an initial paper from a person *in custody* even if no filing fee or motion for leave to proceed in forma pauperis accompanies the paper." (emphasis added)); *Myers v. City of Naples, Fla.*, No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal of an unrepresented, non-prisoner litigant's complaint for failure to contemporaneously pay the filing fee or move *in forma pauperis*). If Plaintiff wants to proceed with his claims, he may file another complaint under a separate case number that is accompanied by the required filing fee or a signed long-form application to proceed without prepaying fees or costs (available at www.uscourts.gov/sites/default/files/ao239_1.pdf).

*- Remainder of page intentionally left blank -*

Accordingly, it is now **ORDERED:**

1. Plaintiff's Motion for Preliminary Injunction (Doc. 3) is **DENIED without prejudice**.

2. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 6, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE